IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE GALLEGOS and
BARBARA GALLEGOS, on
behalf of their minor son, E.G.,

    Plaintiff,

v.                                      Case No. 1:24-CV-00982 JFR-LF

PHILLIP GALLEGOS, in his individual
capacity,

    Defendant.

## JOINT MOTION TO APPOINT GABRIELLE VALDEZ AS GUARDIAN AD LITEM

COME NOW the Parties, by and through their respective counsel of record, and respectfully move this Court to appoint Gabrielle Valdez as *Guardian ad Litem* to evaluate and make a recommendation to the Court as to the settlement with Jose Gallegos and Barbara Gallegos, as Guardians of and on behalf of E.G. a minor, pursuant to Fed. R. Civ. P. 17(c)(2), and to advise the Court of the appropriateness of the settlement as it applies to the minor so that this Court may properly determine if the settlement is fair and reasonable and is in the minor's best interest. Attorney Gabrielle Valdez of Albuquerque has agreed to serve as *Guardian ad Litem* subject to approval of this Court.

The Defendant will pay for and be responsible for all GAL fees and costs that are incurred.

**WHEREFORE**, the Parties respectfully request this Court enter a Stipulated Order appointing Gabrielle Valdez as the *Guardian ad Litem*, and further setting forth her duties and responsibilities if approved.

2

       Respectfully Submitted,

       WALZ AND ASSOCIATES, P.C.

       */s/ Jerry A. Walz*
       Jerry A. Walz, Esq.
       Alisha L. Walz, Esq.
       *Attorneys for Defendant*
       133 Eubank Blvd NE
       Albuquerque, NM 87123
       (505) 275-1800
       jerryawalz@walzandassociates.com
       awalz@walzandassociates.com

       **LAW OFFICE OF JAMISON BARKLEY, LLC**

       */s/ Jamison Barkley*
       Jamison Barkley
       *Attorney for Plaintiff*
       316 Garfield St.
       Santa Fe, NM 87501
       (505) 995-9602
       jamison@jamisonbarkley.com